ing a motion to compel the respondents herein to complete their purchase of certain premises sold in foreclosure.

*Francis W. Judge, Thomas F. Keogh* and *James E. Carpenter* for appellant.

*Alexander Pfeiffer* and *Samuel Levy* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN JACQUES, Respondent, *v.* MICHAEL J. FLAHERTY, as Sheriff of Kings County, Appellant.

*People ex rel. Jacques* v. *Flaherty,* 122 App. Div. 878, affirmed.
(Argued February 18, 1908; decided March 3, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1907, which affirmed an order of Special Term sustaining writs of habeas corpus and certiorari and directing that the relator be discharged from custody.

*John F. Clarke, District Attorney* (*Peter P. Smith* of counsel), for appellant.

*Meier Steinbrink* for respondent.

Order affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: CULLEN, Ch. J.

---

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands for the Opening of Canal Place in the Borough of the Bronx.

JAMES S. WILSON et al., Respondents.

*Matter of City of New York* (*Canal Place*), 115 App. Div. 458, affirmed.
(Argued February 18, 1908; decided March 3, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 7, 1906, which modified and affirmed as modified an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*Francis K. Pendleton,* Corporation Counsel (*Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for appellant.

*Augustus Van Wyck* for James S. Wilson et al., respondents.

*Henry H. Sherman* for the Mott Haven Company, respondent.

*Hector M. Hitchings* and *Melvin G. Palliser* for Mott Haven Canal Docks Company, respondent.

*Edward L. Patterson* and *S. B. Brownell* for Antonio Knauth, as executor of Percival Knauth, deceased, et al., respondents.

*Edmund L. Mooney* and *Lawrence A. Sullivan* for Robert J. Gray, respondent.

*Henry J. Hemmens* and *Charles I. Taylor* for New York Edison Company, respondent.

*William S. Jackson,* Attorney-General (*A. C. Olp* and *Welton C. Percy* of counsel), for receiver of Knickerbocker Life Insurance Company, respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

HERMAN J. HELD, Respondent, *v.* FRANKLIN BREWING COMPANY, Appellant.

*Held* v. *Franklin Brewing Co.,* 123 App. Div. 925, appeal dismissed.
(Submitted February 24, 1908; decided March 3, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-